## Ashman's Estate (No. 4).

Argued April 23, 1907.   Appeal, No. 16, Jan. T., 1907, by
George H. Ashman, from order of O. C. Huntingdon Co.,
striking off transcript in Estate of Mary Jane Ashman.   Be-
fore FELL, BROWN, POTTER, ELKIN and STEWART, JJ.   Re-
versed.

OPINION BY MR. JUSTICE STEWART, June 3, 1907:

This is an appeal by another distributee from the order of
the orphans' court that was considered in the appeal by
George H. Ashman, just decided, 218 Pa. 513.   The question
here is the same that was raised there.   The result must be
the same.

The order of the orphans' court is reversed.